V# 1010   #128475

FILED
2010 MAY 11 PM 2:35
CLERK, U.S.
BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                  * CASE NO. 08-35556-W
                                        *
                                        * JUDGE MARY ANN WHIPPLE
                                        *
THOMAS ANTHONY HARE                     * William L. Swope, Trustee
TAMARA LYNN HARE                        * 221 South Main Street
                                        * Findlay, OH 45840
                                        * (419) 422-0288
                                        * Sup. Ct. #0029538
                                        *

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| Smith Clinic<br>P.O. Box 1814<br>1040 Delaware Ave<br>Marion, OH 43302-6416 | $ 4.02 |
| Bright Net Ohio<br>P.O. Box 408<br>Wapakoneta, OH 45895-1969 | $ 2.07 |
|  | $ 6.09 |

A check for $6.09 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: May 6, 2010

William L. Swope
Trustee